**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-1395-BNB
(**The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.**)

GIBSON,

    Plaintiff,

v.

COLORADO COURT OF APPEALS,
FREMONT COUNTY DISTRICT COURT,
DEPARTMENT OF CORRECTIONS,
DRDC (Denver Reception Diagnostic Center),
SCF (Sterling Correctional Facility),
CCF (Centennial Correctional Facility), and
CSP (Colorado State Penitentiary),

    Defendants.

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

    Plaintiff, Mr. Gibson, initiated this action by filing a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Plaintiff asserts he is filing this action pursuant to 42 U.S.C. § 1983.

    As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the submitted documents are deficient as described in this Order. Plaintiff will be directed to cure the following if he wishes to pursue his claims.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)    __    is not submitted

(2) __ is missing affidavit
(3) _X_ is missing **certified** copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing (**The account statement submitted is not certified by the appropriate prison official**).
(4) _X_ is missing authorization to calculate and disburse filing fee payments
(5) __ the account statement showing the current balance in Applicant's prison account is not certified
(6) __ is missing required financial information
(7) __ is missing an original signature by the prisoner
(8) __ is not on proper form (must use the Court's current form)
(9) __ names in caption do not match names in caption of complaint, petition or habeas application
(10) __ An original and a copy have not been received by the court. Only an original has been received.
(11) __ other:

**Complaint, Petition or Application**:

(12) __ is not submitted
(13) __ is not on proper form (must use the Court's current form)
(14) __ is missing an original signature by the prisoner
(15) __ is missing page nos. __
(16) __ uses et al. instead of listing all parties in caption
(17) __ names in caption do not match names in text
(18) __ other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved form used in filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without

further notice.

DATED May 19, 2014, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge