IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01395-LTB

GIBSON,

    Plaintiff,

v.

COLORADO COURT OF APPEALS,
FREMONT COUNTY DISTRICT COURT,
DEPARTMENT OF CORRECTIONS,
DRDC (Denver Reception Diagnostic Center),
SCF (Sterling Correctional Facility),
CCF (Centennial Correctional Facility), and
CSP (Colorado State Penitentiary),

    Defendants.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on June 27, 2014, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 27th day of June, 2014.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk


                By: s/K Lyons
                     Deputy Clerk