IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01395-LTB

GIBSON,

    Plaintiff,

v.

COLORADO COURT OF APPEALS,
FREMONT COUNTY DISTRICT COURT,
DEPARTMENT OF CORRECTIONS,
DRDC (Denver Reception Diagnostic Center),
SCF (Sterling Correctional Facility),
CCF (Centennial Correctional Facility), and
CSP (Colorado State Penitentiary),

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Plaintiff's "Petition for In Forma Pauperis; and Pursuant to 28 U.S.C. § 1915A" (ECF No. 7, filed on April 14, 2015, is DENIED as moot. In the June 27, 2014 Order dismissing this action, the Court denied Plaintiff leave to proceed *in forma pauperis* on appeal.

    The "Petition for; FRCP 6(b); FRCP 45(d); and, FRCP 55(c)" (ECF No. 8), filed on April 14, 2015, is also DENIED as moot, and for lack of jurisdiction given that Plaintiff has filed a Notice of Appeal with the Tenth Circuit.

Dated:  April 15, 2015